UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4
JILL A. MANZO, ESQ.
CH3006
bankruptcy@feinsuch.com

| In Re: | Case No.: 19-17550 JKS |
|---|---|
| GERALD C DAMORA, JR aka GERALD C DAMORA aka JERRY C DAMORA  Debtor(s). | Chapter: 7 |
| | Judge: Honorable John K. Sherwood |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006- WMC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4</u>. This party is a party in interest in this case pursuant to a mortgage dated July 6, 2006 and recorded in the Office of the MORRIS County Clerk/Register on July 12, 2006 in Mortgage Book 20562, Page 624, and is a secured creditor.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: FEIN, SUCH, KAHN & SHEPARD, PC
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, PC**
Attorneys for Secured Creditor

Dated: May 16, 2019        By: /S/ JILL A. MANZO

Case No.: 19-17550 JKS            2