# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-17550-JKS |
| | Chapter: 7 |
| **Damora Jr, Gerald C** | Judge: John K. Sherwood |
| **Debtor(s).** | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| **Address of the Clerk:** | Clerk of the Court |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 18, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

   **41 Chestnut St., Mine Hill, NJ 07803**
   $240,000

**Liens on property**:

   $300,500

**Amount of equity claimed as exempt:**

   $0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920