UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-17550-JKS |
| | Chapter: 7 |
| **Damora Jr, Gerald C** | Judge: John K. Sherwood |
| **Debtor(s).** | |

### NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the Court |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 18, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

41 Chestnut St., Mine Hill, NJ 07803
$240,000

**Liens on property**:

$300,500

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17550-JKS
Gerald C Damora                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 22, 2019
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db              Gerald C Damora, Jr,    41 Chestnut Street,    Mine Hill, NJ  07803-3136
518181926       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518181927      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518181930       Chase,    Po Box 78420,    Phoenix, AZ 85062-8420
518181931      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518181932      +Citi Cards/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
518181938      +Paul M Damora,    200 South Water Street,    Unit 310,    Milwaukee, WI 53204-1489
518181939      +Seabrook House Inc.,    133 Polk Lane,    Bridgeton, NJ 08302-5905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518181928       E-mail/Text: cms-bk@cms-collect.com May 23 2019 00:14:35      Capital Management Services LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518181929      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 00:16:49      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518181933      +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2019 00:16:54      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518181935       E-mail/Text: mrdiscen@discover.com May 23 2019 00:14:07      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
518181934       E-mail/Text: mrdiscen@discover.com May 23 2019 00:14:07      Discover Bank,    PO Box 3025,
                 New Albany, OH 43054-3025
518181936      +E-mail/Text: bncnotices@becket-lee.com May 23 2019 00:14:14      Kohls CapOne,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
518181937      +E-mail/Text: M74banko@daimler.com May 23 2019 00:15:49
                 Mercedes Benz Financial Services USA LLC,    36455 Corporate Drive,    Farmington, MI 48331-3552
518181940       E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 00:15:52
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518181941       E-mail/Text: bk.notifications@jpmchase.com May 23 2019 00:14:47      Subaru Motor Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Darin D Pinto     on behalf of Debtor Gerald C Damora, Jr dpintolaw@comcast.net
              Donald V. Biase     dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Jill Manzo     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
               NATIONAL ASSOCIATION , AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006- WMC4, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4 bankruptcy@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR
               Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5